UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| FINANCIAL FIDUCIARIES, LLC, a Wisconsin limited liability company, and THOMAS BATTERMAN, a Wisconsin resident, | Case No. 3:19-CV-0874 |
| Plaintiffs, | |
| v. | |
| GANNETT CO., INC., a foreign corporation, | |
| Defendant. | |

---

### DEFENDANT GANNETT CO., INC.'S
### MOTION FOR SUMMARY JUDGMENT

---

Defendant Gannett Co., Inc. ("Gannett"), by its attorneys, Godfrey & Kahn, S.C., and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves the Court for an order granting it summary judgment and dismissing Plaintiffs' entire complaint, with prejudice. The grounds for this motion are set forth in the accompanying brief, proposed findings of fact, declaration of Brian C. Spahn in support of Gannett's motion for summary judgment, and the declarations, exhibits, and pleadings already on file with this Court.

Dated this 2nd day of November, 2020.

        GODFREY & KAHN, S.C.

        By: *s/ Brian C. Spahn*
            Brady C. Williamson
            State Bar No. 1013896
            James A. Friedman
            State Bar No. 1020756
            Brian C. Spahn
            State Bar No. 1060080

        Attorneys for Defendant Gannett Co., Inc.

P.O. ADDRESS:
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-273-3500
Fax: 414-273-5198
bspahn@gklaw.com
bwilliam@gklaw.com
jfriedman@gklaw.com

23086692.