UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FINANCIAL FIDUCIARIES, LLC, a Wisconsin limited liability company, and THOMAS BATTERMAN, a Wisconsin resident,<br><br>   Plaintiffs,<br><br> v.<br><br>GANNETT CO., INC., a foreign corporation,<br><br>   Defendant. | Case No. 3:19-CV-0874-slc |

**COMPENDIUM IN SUPPORT OF DEFENDANT GANNETT CO., INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Brian C. Spahn
State Bar No. 1060080
Brady C. Williamson
State Bar No. 1013896
James A. Friedman
State Bar No. 1020756
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone:  414-273-3500
Fax:  414-273-5198
bspahn@gklaw.com
bwilliam@gklaw.com
jfriedman@gklaw.com

*Attorneys for Defendant Gannett Co., Inc.*

# TABLE OF CONTENTS

1      Wisconsin Department of Health Services,
Wisconsin's Annual Elder Abuse and Neglect Report: 2018

2      Lori A. Stiegel, ABA Comm'n on Law and Aging,
LEGAL ISSUES RELATED TO ELDER ABUSE:
A POCKET GUIDE FOR LAW ENFORCEMENT 45 (2014),
https://bja.ojp.gov/sites/g/files/xyckuh186/files/Publications/ABA-ElderAbuseGuide.pdf (last visited on December 4, 2020)