# EXHIBIT 1

# EXHIBIT 1

Wisconsin Department of Health Services



# Wisconsin's Annual Elder Abuse and Neglect Report: 2018

## A statewide summary of reports submitted by Wisconsin counties

Wisconsin Department of Health Services



# Introduction: The Annual Elder Abuse and Neglect Report

In Wisconsin, county agencies receive elder abuse, neglect, and financial exploitation referrals and determine whether a situation of abuse, neglect, or financial exploitation exists. They create individualized service plans to assist elder adults at risk and help ensure their safety.

After responding to a referral, county agencies file an incident report with the Department of Health Services, using the web-based Wisconsin Incident Tracking System (WITS).  A compilation of all county reports from 2018 are the basis of this statewide report: *Wisconsin's Annual Elder Abuse and Neglect Report.*

Wisconsin Department of Health Services



# 2018 Annual Report

This report documents and summarizes reported incidents in Wisconsin, providing information about:

- The types of abuse and neglect reported.

- The characteristics of elder adults at risk and alleged abusers.

- The local responses that guide the state's efforts to stop elder abuse.

Allegations of abuse, neglect, and exploitation of individuals living in licensed facilities are generally addressed by the Department of Health Services' Office of Caregiver Quality, which is located in the Division of Quality Assurance (DQA).

Wisconsin Department of Health Services



# Your Role in Reporting Abuse, Neglect, or Exploitation of Older Adults

Wisconsin has made great strides in identifying and protecting elders. No one should experience or endure abuse, neglect or exploitation. Let individuals know that you are concerned about them and that they are not alone. There are others who do understand and are there to help them stay safe.

Call your **County Help Line** if you need to talk to someone about suspected abuse, neglect, or exploitation of an elder adult at risk (ages 60 and older).

See http://dhs.wisconsin.gov/aps/Contacts/aaragencies.htm for these help line phone numbers.

Wisconsin Department of Health Services



## Primary Reason for Call/Issue Identified

|                                    | Number | Percent |
|------------------------------------|--------|---------|
| Self-Neglect                       | 4,421  | 50.3%   |
| Financial Exploitation             | 1,751  | 19.9%   |
| Neglect by Others(s)               | 789    | 9.0%    |
| Emotional Abuse                    | 463    | 5.3%    |
| Physical Abuse                     | 265    | 3.0%    |
| Sexual Abuse                       | 51     | 0.6%    |
| Unreasonable Confinement/Restraint | 16     | 0.2%    |
| Treatment without Consent          | 5      | 0.1%    |
| *Information Only**                | *1,031*| *11.7%* |
| **Total**                          | **8,792** | **100.0%** |

*Note: Calls for "information only" do not involve allegations of abuse, neglect, or financial exploitation, and are not included in the analytic tables.*

Wisconsin Department of Health Services





## Primary Issue Identified

Emotional Abuse
5%

Neglect by Others(s)
9%

Physical Abuse
3%

Sexual Abuse
1%

Unreasonable
Confinement/
Restraint
0.3%

Financial Exploitation
20%

Information Only*
12%

Self-Neglect
50%

* Note: Calls for "information only" do not involve allegations of abuse, neglect, or financial exploitation, and are not included in the analytic tables.

Wisconsin's Annual Elder Abuse and Neglect Report: 2018          Bureau of Aging and Disability Resources

Wisconsin Department of Health Services



## Previous Report on This Individual?

| | Number | Percent |
|---|---|---|
| No | 4,496 | 57.9% |
| Yes | 2,640 | 34.0% |
| Unknown | 625 | 8.1% |
| Total | 7,761 | 100.0% |



## Where Incident Occurred

|  | Number | Percent |
|---|---|---|
| Place of residence | 6,773 | 87.3% |
| Other place (specify) | 913 | 11.8% |
| Place of employment/Day services | 53 | 0.7% |
| School | 10 | 0.1% |
| Transportation | 12 | 0.2% |
| **Total** | **7,761** | **100.0%** |

Wisconsin Department of Health Services



## Referral Source

| | Number | Percent |
|---|---|---|
| Relative | 1,380 | 17.8% |
| Medical professional | 1,376 | 17.7% |
| Other referral source (specify) | 1,107 | 14.3% |
| Other provider (specify) | 815 | 10.5% |
| Law enforcement | 800 | 10.3% |
| Agency (specify) | 520 | 6.7% |
| Friend/neighbor | 505 | 6.5% |
| ADRC | 367 | 4.7% |
| Victim | 326 | 4.2% |
| Residential support provider | 201 | 2.6% |
| Anonymous | 181 | 2.3% |
| Mental health svc provider | 109 | 1.4% |
| Housing inspection/zoning | 31 | 0.4% |
| Regulatory auth (DHFS/DQA) | 15 | 0.2% |
| Vocational/day svc prov | 13 | 0.2% |
| Employer | 8 | 0.1% |
| Subst abuse svc provider | 5 | 0.1% |
| Alleged abuser | 2 | 0.0% |
| **Total** | **7,761** | **100.0%** |

Wisconsin Department of Health Services





## Referral Source

| Referral Source | Percent |
|---|---|
| Relative | 17.8% |
| Medical professional | 17.7% |
| Other referral source (specify) | 14.3% |
| Other provider (specify) | 10.5% |
| Law enforcement | 10.3% |
| Agency (specify) | 6.7% |
| Friend/neighbor | 6.5% |
| ADRC | 4.7% |
| Victim | 4.2% |
| Residential support provider | 2.6% |
| Anonymous | 2.3% |
| Mental health svc provider | 1.4% |
| Housing inspection/zoning | 0.4% |
| Regulatory auth (DHFS/DQA) | 0.2% |
| Vocational/day svc prov | 0.2% |
| Employer | 0.1% |
| Subst abuse svc provider | 0.1% |
| Alleged abuser | 0.03% |

Wisconsin Department of Health Services



| Call Received By: | | |
|---|---|---|
| | **Number** | **Percent** |
| ADRC | 3,398 | 43.8% |
| Human services department | 3,140 | 40.5% |
| Social services department | 522 | 6.7% |
| Dept Community Progs-51.42/437 Board | 276 | 3.6% |
| Aging unit | 165 | 2.1% |
| Law enforcement | 176 | 2.3% |
| Other (specify) | 76 | 1.0% |
| Regulatory auth (DHFS/DQA) | 2 | 0.0% |
| Housing inspection/Zoning | 2 | 0.0% |
| Publicized helpline number | 1 | 0.0% |
| Ombudsman/BOALTC | 2 | 0.0% |
| Animal control/Humane Soc | 1 | 0.0% |
| Developmental Disability Board | 0 | 0.0% |
| Publicized helpline number | 0 | 0.0% |
| **Total** | **7,761** | **100.0%** |

Wisconsin Department of Health Services





## Call Received By:

| | |
|---|---|
| ADRC | 43.8% |
| Human services department | 40.5% |
| Social services department | 6.7% |
| Dept Community Progs-51.42/437 Board | 3.6% |
| Law enforcement | 2.3% |
| Aging unit | 2.1% |
| Other (specify) | 1.0% |
| Ombudsman/BOALTC | 0.0% |
| Housing inspection/Zoning | 0.0% |
| Regulatory auth (DHFS/DQA) | 0.0% |
| Animal control/Humane Soc | 0.0% |

Wisconsin Department of Health Services



## Initial Investigating Agency

| | Number | Percent |
|---|---|---|
| Human services dept | 4,041 | 52.1% |
| ADRC | 1,502 | 19.4% |
| Aging unit | 997 | 12.8% |
| Social services dept | 600 | 7.7% |
| Dept Community Progs_51.42/437 Board | 281 | 3.6% |
| Law enforcement | 212 | 2.7% |
| Other | 106 | 1.4% |
| Public health dept | 10 | 0.1% |
| Housing inspection/zoning | 4 | 0.1% |
| DQA/Licensing and reg | 4 | 0.1% |
| Animal control/humane society | 4 | 0.1% |
| Developmental Disability Board | 0 | 0.0% |
| BOALTC/Ombudsman | 0 | 0.0% |
| WI Department of Justice | 0 | 0.0% |
| **Total** | **7,761** | **100.0%** |





## Initial Investigating Agency

| Agency | Percent |
|---|---|
| Human services dept | 52.1% |
| ADRC | 19.4% |
| Aging unit | 12.8% |
| Social services dept | 7.7% |
| Dept Community Progs_51.42/437 Board | 3.6% |
| Law enforcement | 2.7% |
| Other | 1.4% |
| Public health dept | 0.1% |
| Animal control/humane society | 0.1% |
| DQA/Licensing and reg | 0.1% |
| Housing inspection/zoning | 0.1% |

Wisconsin Department of Health Services



### Was Incident Life Threatening?

|  | Number | Percent |
|---|---|---|
| No | 7,038 | 90.7% |
| Yes | 429 | 5.5% |
| Unknown | 294 | 3.8% |
| **Total** | **7,761** | **100.0%** |

### Has Elder Adult at Risk Died?

|  | Number | Percent |
|---|---|---|
| No | 354 | 82.5% |
| Yes | 72 | 16.8% |
| Unknown | 3 | 0.7% |
| **Total** | **429** | **100.0%** |
| Note: Percents represent share of all life-threatening incidents. | | |

### Was Death Related to the Incident?

|  | Number | Percent |
|---|---|---|
| Yes | 29 | 40.3% |
| No | 26 | 36.1% |
| Unknown | 17 | 23.6% |
| **Total** | **72** | **100.0%** |
| Note: Percents represent share of all incidents involving a death. | | |

### Was Death Directly Caused by Incident?

|  | Number | Percent |
|---|---|---|
| Yes | 12 | 41.4% |
| No | 10 | 34.5% |
| Unknown | 7 | 24.1% |
| **Total** | **29** | **100.0%** |
| Note: Percents represent share of all incidents with death related to incident. | | |

Wisconsin Department of Health Services



### Elder Adult at Risk's Age

|  | Number | Percent |
|---|---|---|
| 60-69 years | 2,091 | 26.9% |
| 70-79 years | 2,546 | 32.8% |
| 80-89 years | 2,313 | 29.8% |
| 90 years or more | 811 | 10.4% |
| **Total** | **7,761** | **100.0%** |

### Elder Adult at Risk's Gender

|  | Number | Percent |
|---|---|---|
| Female | 4,557 | 58.7% |
| Male | 3,195 | 41.2% |
| Unknown | 9 | 0.1% |
| **Total** | **7,761** | **100.0%** |

### Elder Adult at Risk's Race

|  | Number | Percent |
|---|---|---|
| White | 5,357 | 69.0% |
| Black/African American | 348 | 4.5% |
| Native American/Alaska Native | 122 | 1.6% |
| Other race | 76 | 1.0% |
| Asian | 20 | 0.3% |
| Hawaiian/Pacific Islander | 13 | 0.2% |
| Not reported or unknown | 1,825 | 23.5% |
| **Total** | **7,761** | **100.0%** |

*Notes: Race and Ethnicity are optional fields, so some reports are missing this information. Although data may be incomplete, percents represent the share of all complete reports that showed each race/ethnicity category.*

Wisconsin Department of Health Services





## Elder Adult at Risk's Age

- 60-69 years, 27%
- 70-79 years, 33%
- 80-89 years, 30%
- 90 years or more, 10%

Wisconsin Department of Health Services



## Elder Adult at Risk's Living Arrangement

|  | Number | Percent |
|---|---|---|
| Own home/apt. alone | 3,442 | 44.3% |
| Own home/apt. with others | 2,901 | 37.4% |
| Nursing home | 419 | 5.4% |
| CBRF | 304 | 3.9% |
| Relative's home | 272 | 3.5% |
| Other (specify) | 126 | 1.6% |
| Homeless | 83 | 1.1% |
| Friend's home | 58 | 0.7% |
| RCAC | 55 | 0.7% |
| Adult family home (licensed) | 48 | 0.6% |
| Adult family home | 42 | 0.5% |
| Institution | 11 | 0.1% |
| **Total** | **7,761** | **100.0%** |

Wisconsin Department of Health Services




**Elder Adult at Risk's Living Arrangement**

Relative's home, 4%
CBRF, 4%
Other (specify), 2%
Adult family home (licensed), 1%
Homeless, 1%
Friend's home, 1%
Adult family home, 1%
RCAC, 1%
Institution, 0%
Nursing home, 5%
Own home/apt. with others, 37%
Own home/apt. alone, 44%

Wisconsin's Annual Elder Abuse and Neglect Report: 2018          Bureau of Aging and Disability Resources



## County and State-funded Programs That Have Served Elder Adults at Risk

| | Number | Percent |
|---|---|---|
| None | 4,257 | 54.9% |
| Unknown | 1,490 | 19.2% |
| Medicaid (Title 19, Card Services) | 1,161 | 15.0% |
| Family Care | 1,028 | 13.2% |
| Other | 386 | 5.0% |
| Home and Community Based Waiver | 67 | 0.9% |
| Community Support Program | 39 | 0.5% |
| Comprehensive Community Services | 17 | 0.2% |

*Note: Elder Adult at Risk may be served by more than one program, so sum does not equal 100%.*





**County and State-funded Programs That Have Served Elder Adults at Risk**

- None — 54.9%
- Unknown — 19.2%
- Medicaid (Title 19, Card Services) — 15.0%
- Family Care — 13.2%
- Other — 5.0%
- Home and Community Based Waiver — 0.9%
- Community Support Program — 0.5%
- Comprehensive Community Services — 0.2%

Wisconsin Department of Health Services



## Does Elder Adult at Risk Have a Substitute Decision-Maker?

|  | Number | Percent |
|---|---|---|
| No | 3,815 | 49.2% |
| Yes | 2,742 | 35.3% |
| Unknown | 1,204 | 15.5% |
| **Total** | **7,761** | **100.0%** |

## Type(s) of Substitute Decision-Maker

|  | Number | Percent |
|---|---|---|
| Power of Attorney (POA) for Health Care (Activated) | 1,079 | 39.4% |
| Power of Attorney (POA) for Health Care (Not activated) | 1,058 | 38.6% |
| Power of Attorney (POA) for Finances (Activated) | 1,029 | 37.5% |
| Guardian of the Person | 425 | 15.5% |
| Guardian of the Estate | 353 | 12.9% |
| Power of Attorney (POA) for Finances (Not activated) | 389 | 14.2% |
| Representative Payee | 100 | 3.6% |
| Other | 38 | 1.4% |
| Temporary Guardian | 24 | 0.9% |
| Conservator | 11 | 0.4% |

*Percents represent share of all those with any kind of substitute decision-maker (n=2,742). Multiple responses are allowed, so percents do not total 100%.*

Wisconsin Department of Health Services



## Type(s) of Substitute Decision-Maker



Power of Attorney (POA) for Health Care (Activated) — 39.4%

Power of Attorney (POA) for Health Care (Not activated) — 38.6%

Power of Attorney (POA) for Finances (Activated) — 37.5%

Guardian of the Person — 15.5%

Power of Attorney (POA) for Finances (Not activated) — 14.2%

Guardian of the Estate — 12.9%

Representative Payee — 3.6%

Other — 1.4%

Temporary Guardian — 0.9%

Conservator — 0.4%

Wisconsin's Annual Elder Abuse and Neglect Report: 2018          Bureau of Aging and Disability Resources

Wisconsin Department of Health Services



## Elder Adult at Risk's Characteristics

| | Number | Percent |
|---|---|---|
| Frail elderly | 3,148 | 40.6% |
| Dementia | 2,213 | 28.5% |
| Mobility impaired | 1,286 | 16.6% |
| Disoriented and confused | 937 | 12.1% |
| Medically fragile | 929 | 12.0% |
| Mental illness | 909 | 11.7% |
| Other medical condition | 738 | 9.5% |
| None of the listed characteristics | 631 | 8.1% |
| Diabetes | 601 | 7.7% |
| Physical disability | 596 | 7.7% |
| Homebound | 499 | 6.4% |
| Incontinent | 451 | 5.8% |
| Alcohol abuse | 404 | 5.2% |
| Challenging/dangerous behavior | 365 | 4.7% |
| Deaf/hard of hearing | 328 | 4.2% |
| Stroke-related condition | 294 | 3.8% |
| Other characteristic | 280 | 3.6% |
| Chronic mental illness | 245 | 3.2% |
| Financial dependence: alleged abuser dependent on adult at risk | 228 | 2.9% |
| Morbidly obese | 197 | 2.5% |
| Developmental disability | 184 | 2.4% |
| Blind/visually impaired | 169 | 2.2% |
| Unemployed | 152 | 2.0% |
| Chronic alcoholic | 149 | 1.9% |
| Brain injury | 83 | 1.1% |
| Drug abuse | 67 | 0.9% |
| Communication disorder | 49 | 0.6% |
| Financially dependent on abuser | 33 | 0.4% |
| *Limited English proficiency* | *17* | *0.2%* |
| Functionally illiterate | 14 | 0.2% |

*Percents refer to share of all elder adults at risk having this characteristic. Multiple responses are allowed, so percents do not total 100%.*

Wisconsin's Annual Elder Abuse and Neglect Report: 2018          Bureau of Aging and Disability Resources

Wisconsin Department of Health Services



## Alleged Abusers' Gender

|  | Number | Percent |
|---|---|---|
| Female | 1,738 | 44.7% |
| Male | 1,699 | 43.7% |
| Unknown | 448 | 11.5% |
| **Total** | **3,885** | **100.0%** |

## Alleged Abusers' Relationships to Elder Adult at Risk

|  | Number | Percent |
|---|---|---|
| Son | 784 | 20.2% |
| Daughter | 756 | 19.5% |
| Spouse | 468 | 12.0% |
| Other | 424 | 10.9% |
| Friend/neighbor | 382 | 9.8% |
| Unknown | 372 | 9.6% |
| Other relative | 299 | 7.7% |
| Grandchild | 217 | 5.6% |
| Service provider | 164 | 4.2% |
| Employer | 10 | 0.3% |
| Parent | 9 | 0.2% |
| **Total** | **3,885** | **100.0%** |





**Alleged Abusers' Relationships to Elder Adult at Risk**

Son, 20.2%
Daughter, 19.5%
Spouse, 12.0%
Other, 10.9%
Friend/neighbor, 9.8%
Unknown, 9.6%
Other relative, 7.7%
Grandchild, 5.6%
Service provider, 4.2%
Employer, 0.3%
Parent, 0.2%

Wisconsin's Annual Elder Abuse and Neglect Report: 2018          Bureau of Aging and Disability Resources

Wisconsin Department of Health Services



| Do Alleged Abusers Live with Elder Adult at Risk? | Number | Percent |
|---|---|---|
| No | 2,093 | 53.9% |
| Yes | 1,564 | 40.3% |
| Unknown | 228 | 5.9% |
| Total | 3,885 | 100.0% |

| Do Alleged Abusers Have Any Legal or Substitute Decision-Maker Status? | Number | Percent |
|---|---|---|
| No | 2,827 | 72.8% |
| Yes | 1,058 | 27.2% |
| Total | 3,885 | 100.0% |

Wisconsin Department of Health Services



## Alleged Abusers' Legal Status

| | Number | Percent |
|---|---|---|
| No legal status | 2,098 | 54.0% |
| Unknown legal status | 721 | 18.6% |
| Power of Attorney (POA) for Health Care (Activated) | 469 | 12.1% |
| Power of Attorney (POA) for Finances (Activated) | 430 | 11.1% |
| Guardian of the Person | 127 | 3.3% |
| Power of Attorney (POA) for Health Care (Not activated) | 263 | 6.8% |
| Guardian of the Estate | 102 | 2.6% |
| Representative Payee | 43 | 1.1% |
| Power of Attorney (POA) for Finances (Not activated) | 109 | 2.8% |
| Other legal status | 62 | 1.6% |
| Temporary Guardian | 4 | 0.1% |
| Conservator | 3 | 0.1% |

*Percents represent share of all abusers who have this legal status.  Multiple responses are allowed, so percents do not total 100%.*

Wisconsin Department of Health Services



## Alleged Abusers' Characteristics

| | Number | Percent |
|---|---|---|
| None of the listed characteristics | 2,090 | 53.8% |
| Financial dependence: alleged abuser dependent on adult at risk | 624 | 16.1% |
| Other characteristic | 310 | 8.0% |
| Unemployed | 274 | 7.1% |
| Drug abuse | 277 | 7.1% |
| Mental Illness (mentally ill) | 232 | 6.0% |
| Alcohol abuse | 205 | 5.3% |
| Challenging/dangerous behavior | 175 | 4.5% |
| Frail Elderly | 131 | 3.4% |
| Dementia | 114 | 2.9% |
| Physical Disability | 55 | 1.4% |
| Developmental disability | 22 | 0.6% |
| Mobility impaired | 58 | 1.5% |
| Chronic alcoholic | 56 | 1.4% |
| Other medical condition | 53 | 1.4% |
| Medically fragile | 42 | 1.1% |
| Chronic mental illness | 38 | 1.0% |
| Financial dependence: adult at risk on abuser | 25 | 0.6% |
| Disoriented and confused | 32 | 0.8% |
| Morbidly Obese | 19 | 0.5% |
| Diabetes | 17 | 0.4% |
| Deaf/hard of hearing | 16 | 0.4% |
| Homebound | 10 | 0.3% |
| Stroke-related condition | 11 | 0.3% |
| Blind/visually impaired | 10 | 0.3% |
| Incontinent | 8 | 0.2% |
| Brain injury | 4 | 0.1% |
| Functionally illiterate | 1 | 0.0% |
| Communication disorder | 3 | 0.1% |
| Limited English proficiency | 2 | 0.1% |

*Multiple responses were allowed so numbers do not add up to 100%.*

*Percents refer to share of all alleged abusers.*

Wisconsin's Annual Elder Abuse and Neglect Report: 2018          Bureau of Aging and Disability Resources

Wisconsin Department of Health Services



| More than One Alleged Abuser? | | |
|---|---|---|
| | **Number** | **Percent** |
| No, one alleged abuser only | 3,715 | 95.6% |
| Yes | 170 | 4.4% |
| **Total** | **3,885** | **100.0%** |

Wisconsin Department of Health Services



| Was Hurt or Harm Substantiated? | | |
| --- | --- | --- |
| | Number | Percent |
| Substantiated | 4,093 | 52.7% |
| Unsubstantiated | 2,400 | 30.9% |
| Unable to Substantiate | 1,268 | 16.3% |
| Total | 7,761 | 100.0% |

Wisconsin Department of Health Services



## Actions Taken to Assist Elder Adult at Risk

|  | Number | Percent |
|---|---|---|
| Services offered-some accepted | 1,645 | 22.3% |
| Services offered-not accepted | 1,626 | 22.1% |
| Services not needed | 1,462 | 19.9% |
| Services offered-all accepted | 962 | 13.1% |
| Guardian referral | 701 | 9.5% |
| Referral made to other agency | 622 | 8.4% |
| Outreach continues | 587 | 8.0% |
| Investigation not accepted | 520 | 7.1% |
| Protective services placement | 534 | 7.3% |
| Other disposition | 416 | 5.7% |
| Referral to law enforcement/Department of Justice | 317 | 4.3% |
| Other legal action | 162 | 2.2% |
| Referral to protection/advocacy agencies | 61 | 0.8% |
| Mental health commitment | 62 | 0.8% |
| Response/investigation continues | 53 | 0.7% |
| Referral to regulatory authority (DHS/DQA) | 35 | 0.5% |
| Services needed are not available | 24 | 0.3% |
| Referral to Caregiver Misconduct Registry (DHS/DQA) | 23 | 0.3% |
| Referral made to state agency | 19 | 0.3% |
| Referral to detoxification services | 11 | 0.1% |

*Percents refer to share of all reports showing this action. Multiple responses are allowed so numbers do not add up to 100%.*

Wisconsin Department of Health Services



## Services Planned for Elder Adult at Risk

| | Number | Percent |
|---|---|---|
| Service coordination | 2,232 | 28.8% |
| Community based aids/services | 1,353 | 17.4% |
| Facility-based care | 1,290 | 16.6% |
| Substitute decision-making | 1,269 | 16.4% |
| Advocacy/Legal services | 916 | 11.8% |
| Medical services | 440 | 5.7% |
| Day care services/treatment | 294 | 3.8% |
| Emergency response services | 264 | 3.4% |
| Other services planned | 262 | 3.4% |
| Transportation | 180 | 2.3% |
| Domestic violence/sexual assault victim services | 64 | 0.8% |

*Percents refer to share of all reports showing this service planned.  Multiple responses were allowed so numbers do not add up to 100%*

Wisconsin Department of Health Services





## Services Planned for Elder Adult at Risk

| Service | Percentage |
|---|---|
| Service coordination | 28.8% |
| Community based aids/services | 17.4% |
| Facility-based care | 16.6% |
| Substitute decision-making | 16.4% |
| Advocacy/Legal services | 11.8% |
| Medical services | 5.7% |
| Day care services/treatment | 3.8% |
| Emergency response services | 3.4% |
| Other services planned | 3.4% |
| Transportation | 2.3% |
| Domestic violence/sexual assault victim services | 0.8% |

Wisconsin Department of Health Services



## Services Planned for Alleged Abuser(s)

| Service | Number | Percent |
|---|---|---|
| No services planned | 2,779 | 83.2% |
| Service coordination | 304 | 9.1% |
| Advocacy/Legal services | 243 | 7.3% |
| Other services planned | 52 | 1.6% |
| Community based aids/services | 69 | 2.1% |
| Day care services/treatment | 57 | 1.7% |
| Substitute decision-making | 39 | 1.2% |
| Facility based care | 33 | 1.0% |
| Medical services | 15 | 0.4% |
| Emergency response services | 12 | 0.4% |
| Transportation | 4 | 0.1% |
| Domestic violence/sexual assault victim services | 1 | 0.0% |

*Multiple responses were allowed so numbers do not add up to 100%.*
*Percents refer to share of all incidents in which abuse or neglect was alleged (n=3,340).*

Wisconsin Department of Health Services



## Services Plan for Alleged Abuser(s)



| | |
|---|---|
| No services planned | 83% |
| Service coordination | 9% |
| Advocacy/Legal services | 7% |
| Community based aids/services | 2% |
| Day care services/treatment | 2% |
| Other services planned | 2% |
| Substitute decision-making | 1% |
| Facility based care | 1% |
| Medical services | 0.4% |
| Emergency response services | 0.4% |
| Transportation | 0.1% |
| Domestic violence/sexual assault victim services | 0.0% |



# **Contact Information**

**Doreen Goetsch, CSW**
**Adult Protective Services Coordinator**
Wisconsin Department of Health Services
Division of Public Health
Bureau of Aging and Disability Resources
P.O. Box 7851, Madison WI 53707-7851
Phone: 608-266-2568
FAX: 608-267-3203
Email: DoreenA.Goetsch@dhs.wisconsin.gov