# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FINANCIAL FIDUCIARIES, LLC, a Wisconsin limited liability company, and THOMAS BATTERMAN, a Wisconsin resident, <br><br> Plaintiffs, <br><br> v. <br><br> GANNETT CO., INC., a foreign corporation, <br><br> Defendant. | Case No.: 3:19-cv-0874 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Financial Fiduciaries, LLC and Thomas Batterman ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Court's April 29, 2021 order denying Plaintiffs' Motion to Alter or Amend under Rule 59(e). (Dkt. 78)

Dated: May 27, 2021

Respectfully submitted,

/s/ David P. Hollander
Charles L. Philbrick (Wisconsin Bar No. 1106755)*
David P. Hollander (Wisconsin Bar No. 1107233)
RATHJE WOODWARD LLC
10 E. Doty Street, Suite 507
Madison, WI 53703
(608) 960-7430
cphilbrick@rathjewoodward.com
dhollander@rathjewoodward.com

*Attorneys for Plaintiffs Financial Fiduciaries, LLC and Thomas Batterman*

*Counsel of Record.

1

**Certificate of Service**

I hereby certify that on May 27, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on Defendants by and through its counsel of record.

/s/ David P. Hollander